No. 648, October Term, 1953. BRAND ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. The petition for

writ of mandamus is denied.